Howard D. DAVIS *v.* STATE of Arkansas

RC 88-31                                    750 S.W.2d 60

Supreme Court of Arkansas
Opinion delivered June 6, 1988

*Robert Meurer*, for appellant.

No objection.

PER CURIAM. Petitioner Howard D. Davis, by his attorney, has filed a second motion for a rule on the clerk. His attorney, Robert Meurer, has by affidavit admitted it was his fault that the record was not timely tendered.

■ We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.